**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case#:  19 B 14728 |
| | ) | Judge Deborah L. Thorne |
| REX A. DAVIS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Trustee Marilyn O. Marshall |

**NOTICE OF FILING OF CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE**

To:    See Attached Service List

PLEASE TAKE NOTICE that on **June 4, 2019,** the undersigned attorney for the Debtor, REX DAVIS, caused to be filed with United States Bankruptcy Court, Northern District of Illinois – Eastern Division, 219 South Dearborn, Courtroom, Chicago, Illinois, the following:

Chapter 13 Plan for the Debtor, Rex A. Davis

a copy of which is attached to this Notice of Filing.

Respectfully submitted:

/s/ Steven O. Hamill
Steven O. Hamill
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, Steven O. Hamill, hereby certify that a copy of the foregoing Notice of Filing of Chapter 13 Plan, and the attached Chapter 13 Plan, was deposited in the U.S. mail depository box located at the Evergreen Park Post Office, Evergreen Park, IL, 60805, correct postage pre-paid on/before 4:30 PM on June 4, 2019, to the recipients indicated in the Notice of Filing, except to those recipients listed as receiving through the Court's ECF filing system.

/s/ Steven O. Hamill
Steven O. Hamill

**STEVEN O. HAMILL, Esq.**
**Law Offices of Steven O. Hamill**
**3843 West 95th Street**
**Evergreen Park, IL 60805**
**708-422-8802**
**ARDC#: 6191752**

*Re: In re Chapter 13 Bankruptcy of Rex A. Davis*
*Case#: 19-14728*

## **SERVICE LIST**

Marilyn O. Marshall
Chapter 13 Trustee
224 South Michigan Ave.,
Suite 800,
Chicago, IL 60604
(*via ECF notification*)

Rex A. Davis
9241 South Burnside Ave.
Chicago, IL  60619

Exeter Finance, LLC
PO Box 166097
Irving, TX 75016-6097

Premier Bankcard, LLC c/o
Jefferson Capital Systems, LLC Assignee
PO Box 7999
St. Cloud, MN  56302-9617

Gatlings Chapel c/o, Hunter Warfield, Inc.
4200 Woodland Cor. Blvd.
Tampa, FL 33614

Midwest Emergency c/o ARS
1643 NW 136th Ave., Building H, Suite 10
 Sunrise, FL 33323-2857

Pinnacle Credit Services, LLC c/o
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

T Mobile/T-Mobile USA Inc by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Sprint c/o, Enhanced Recovery
PO Box 57547
Jacksonville, FL. 32241-7547